UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

TERRY RICHARD MARTIN, SILVER LEGACY CORPORATION, SILVER SOUND LLC, JONAS DAVID SMITH, MICHAEL W. MCCALL, CHARLES J. TULL, IBIS SECURITIES LLC, KENNETH R MARTIN, GEORGE TAMURA, GOLDMAN SIG INC., EDWARD L. TEZAK, SIGNAL MORTGAGE, INC., and JOHN H. WHITE,

    Defendants.

CASE NO. C03-2646

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    This matter comes before the Court on Plaintiff's Motion to Restore Case to Active Calendar (Dkt. No. 74), Motion for Summary Judgment (Dkt. No. 75), and Application for Fair Notice by the Court to Defendant J. David Smith Regarding Motion for Summary Judgment (Dkt. No. 76), all filed pursuant to the resolution of Defendant J. David Smith's criminal case in this district (CR03-370RSL).

MINUTE ORDER – 1

Regardless of whether it is now appropriate to lift the stay that was imposed by this Court pending completion of Defendant J. David Smith's criminal proceedings, Plaintiff, a creditor in Defendant J. David Smith's case pending in the United States Bankruptcy Court for the Western District of Washington (04-21713TTG), is ORDERED to SHOW CAUSE why this matter should not now *continue* to be stayed under the automatic stay provisions of 11 U.S.C. § 362.  Plaintiff must RESPOND to this SHOW CAUSE ORDER by Monday, November 28, 2005.

Plaintiff's Motion to Restore Case to Active Calendar (Dkt. No. 74), Motion for Summary Judgment (Dkt. No. 75), and Application for Fair Notice by the Court to Defendant J. David Smith Regarding Motion for Summary Judgment (Dkt. No. 76) are hereby STRICKEN and *no* Notice to Defendant Concerning Motion for Summary Judgment shall be issued at this time.  If Plaintiff satisfies the Court that this matter is not subject to automatic stay under 11 U.S.C. § 362, the Court will grant leave to refile the Motion to Restore Case to Active Calendar, which motion must be ruled upon *before* any substantive motions—*i.e.*, summary judgment—will be entertained by this Court.

DATED this 10th day of November, 2005.

BRUCE RIFKIN, Clerk of Court

By  /s/ C. Ledesma
    Deputy Clerk

MINUTE ORDER – 2