Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. C03-2646C |
| Plaintiff, | STIPULATED MOTION TO AMEND FINAL JUDGMENT AS TO MICHAEL MCCALL |
| v. | |
| TERRY RICHARD MARTIN, SILVER LEGACY CORPORATION, SILVER SOUND LLC, JONAS DAVID MCCALL, MICHAEL W. MCCALL, CHARLES J. TULL, IBIS SECURITIES LLC, KENNETH R. MARTIN, GEORGE TAMURA, GOLDMAN SIG INC., EDWARD L. TEZAK, SIGNAL MORTGAGE, INC., and JOHN H. WHITE, | NOTED ON MOTION CALENDAR: December 9, 2009 |
| Defendants. | |

Plaintiff Securities and Exchange Commission (the "Commission") and Defendant Michael McCall ("McCall" or "Defendant") respectfully request that the Court amend its Final Judgment as to Defendant Michael McCall ("Final Judgment"). *See* Docket Item 190. As set forth below, the purpose of the requested amendment is to clarify the relief awarded against Mr. McCall, so that it conforms to the relief to which Mr. McCall previously consented.

On October 30, 2009, the Commission filed an Offer of Judgment as to Mr. McCall (the "Offer"). *See* Docket Item 186. In the Offer, Mr. McCall consented to the issuance of a Court order in the form attached thereto as Exhibit 1. In particular, Mr. McCall consented to the issuance of a Court order that: (a) enjoined him from further violations of Section 10(b) of the Securities Exchange Act of 1934 and Section 17(a) of the Exchange Act of 1933; (b) imposed disgorgement of $45,000; (c) waived all but $10,000 of the disgorgement, and declined to

STIPULATED MOTION TO AMEND MCCALL FINAL JUDGMENT
S.E.C. v. MARTIN, ET AL, C03-2646C

Securities and Exchange Commission
44 Montgomery Street, 26th Floor
San Francisco, California 94104
(415) 705-2500

impose a penalty, based on Mr. McCall's inability to pay, as shown in financial statements submitted to the Commission; and (d) set forth a payment schedule for the payment of the $10,000 in disgorgement.

On November 19, 2009, the Court entered a Final Judgment as to Defendant Michael McCall. The Final Judgment provides for all of the injunctive relief to which Mr. McCall consented in the Offer, and also imposes disgorgement of $45,000. However, the Final Judgment does not state that all but $10,000 of the disgorgement is waived. Instead, the Final Judgment states as follows:

> Based on Defendant's statement of financial condition submitted July 15, 2009, the Court hereby ORDERS that the Defendant need pay a civil penalty in the amount of $10,000, according to the payment schedule and conditions below. This determination is contingent upon the accuracy and completeness of the statement of financial condition. If Plaintiff obtains information indicating that Defendant's statements were inaccurate or incomplete when made, Plaintiff may petition this Court for the maximum penalty allowable under law.

*See* Docket Item 190, at 2:3-8.

The following paragraph of the Final Judgment then sets forth a payment schedule for "$10,000 in disgorgement." *See* Docket Item 190 at 2:13.

Accordingly, in order to clarify the Final Judgment and conform it to the relief to which Mr. McCall previously consented, the Commission and Mr. McCall jointly request that the Court amend the Final Judgment, replacing the current text at 2:3-8 (cited above), with the following:

> Based on Defendant's statement of financial condition submitted July 15, 2009, the Court hereby waives all but $10,000 of the disgorgement and declines to impose a civil penalty. Defendant shall pay $10,000 in disgorgement according to the payment schedule and conditions below. The determination to waive all but $10,000 of the disgorgement and to

STIPULATED MOTION TO AMEND MCCALL FINAL JUDGMENT
S.E.C. v. MARTIN, ET AL, C03-2646C

2

Securities and Exchange Commission
44 Montgomery Street, 26th Floor
San Francisco, California 94104
(415) 705-2500

decline to impose a civil penalty is contingent upon the accuracy and completeness of the statement of financial condition. If Plaintiff obtains information indicating that Defendant's statements were inaccurate or incomplete when made, Plaintiff may petition this Court to impose full disgorgement of $45,000, as well as the maximum penalty allowable under law.

    A proposed form of amended order is submitted herewith.

Dated: December 9, 2009

Respectfully submitted,

*[signature]*

Robert L. Mitchell
Attorney for Plaintiff
Securities and Exchange Commission
44 Montgomery Street, 26th Floor
San Francisco, California 94104
(415) 705-2500

Dated: December __, 2009

Earl Sutherland
Attorney for Defendant Michael McCall
REED MCCLURE
Two Union Square
601 Union Street
Suite 1500
Seattle, WA 98101-1363
(206) 292-4900

STIPULATED MOTION TO AMEND MCCALL FINAL JUDGMENT
S.E.C. v. MARTIN, ET AL, C03-2646C

3

Securities and Exchange Commission
44 Montgomery Street, 26th Floor
San Francisco, California 94104
(415) 705-2500

decline to impose a civil penalty is contingent upon the accuracy and completeness of the statement of financial condition. If Plaintiff obtains information indicating that Defendant's statements were inaccurate or incomplete when made, Plaintiff may petition this Court to impose full disgorgement of $45,000, as well as the maximum penalty allowable under law.

A proposed form of amended order is submitted herewith.

Respectfully submitted,

Dated: December ___, 2009

_____
Robert L. Mitchell
Attorney for Plaintiff
Securities and Exchange Commission
44 Montgomery Street, 26th Floor
San Francisco, California 94104
(415) 705-2500

Dated: December __, 2009

_____
Earl Sutherland
Attorney for Defendant Michael McCall
REED MCCLURE
Two Union Square
601 Union Street
Suite 1500
Seattle, WA 98101-1363
(206) 292-4900

STIPULATED MOTION TO AMEND MCCALL FINAL JUDGMENT
S.E.C. v. MARTIN, ET AL, C03-2646C

3

Securities and Exchange Commission
44 Montgomery Street, 26th Floor
San Francisco, California 94104
(415) 705-2500